1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DOUGLAS M. PRESS
   Senior Assistant Attorney General
3  PAUL REYNAGA
   Supervising Deputy Attorney General
4  MELINDA VAUGHN, State Bar No. 120446
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone:  (916) 324-7873
7   Fax:  (916) 324-5567
    Email:  Melinda.Vaughn@doj.ca.gov
8
   Attorneys for Defendant
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  | **EMILY Q., et al.,** | CV 98-4181 AHM (AJWx) |

14                                    ORDER REGARDING INTERIM
                          Plaintiffs,   ATTORNEYS' FEES AND COSTS

15        **v.**

16  **DIANA BONTA, et al.**
                          Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1    On October 27, 2008, the plaintiffs Emily Q., et al., and defendant Sandra

2 Shewry in her official capacity as Director of the California Department of Health

3 Care Services (the successor-in-office to Diana Bonta) (CDHCS)[1/] filed a

4 Stipulation regarding interim attorney's fees and costs.

5    **IT IS HEREBY ORDERED** that:

6    1.   CDHCS shall pay the total amount of $440,000 in attorneys' fees and

7 $6,939 in costs and expenses for a total of $446,939 in full and complete

8 satisfaction of all attorneys' fees and costs arising out of the above-captioned

9 litigation that were incurred during calendar year 2007.

10    2.  The award of attorneys' fees and costs shall be paid to the Western

11 Center on Law and Poverty (Western Center), Federal I.D. No. 95-2897721.

12 Payment shall be mailed to the Western Center, to the attention of plaintiffs'

13 attorney, Richard A. Rothschild, who is authorized to negotiate and accept

14 payment of attorneys' fees and costs on behalf of all plaintiffs and all their counsel.

15    3.  If the principal sum as set forth in paragraph 1 above is not paid within

16 90 days after the proposed order is signed and served on defendant's counsel by

17 plaintiffs' counsel, then this sum shall be payable with interest calculated from the

18 first day after the expiration of the 90-day period up to and including the date of

19 actual payment at the rate prescribed by 28 U.S.C. section 1961.

20    4. Upon payment by CDHCS of the amount of $446,939 (plus interest as

21 specified above, if applicable), the State of California; the Director of the

22 Department of Health Care Services; and the California Department of Health Care

23 Services, its officers, agents, and employees, are discharged from any and all

24 liability for attorneys' fees and costs arising out of the litigation of the above-

25 captioned case and its appeals incurred from January 1, 2007 through December

26

27    1.   The Department of Health Care Services was formerly known as the
28 Department of Health Services.

31, 2007.

　　　5.  All parties to the Stipulation shall execute any further documents consistent with the Stipulation and this Order that may be necessary to effectuate the purposes of this agreement.

　　　6.  The terms of the Stipulation and this Order shall be binding upon all parties and their successors, assigns, employees, officials, agents and representatives.

DATE: October 28, 2008

_____
A. Howard Matz
United States District Judge

2