O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 98-4181 AHM (AJWx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | EMILY Q., et al. v. DIANA BONTA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Kendra Bradshaw | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | | |

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

The Court has read the Special Master's Fifth Report and the CDMH's "2009 Assessment Report Re: Implementation of the Nine Point Plan." The Court responds as follows.

1.      Both the Special Master and the CDMH (especially Sean Tracy, the author of the report) deserve recognition and plaudits for their dedication, prowess and considerable success in implementing the Nine Point Plan. The pressures and obstacles they are encountering as a result of the State's and all counties' severe fiscal and budgetary crises are formidable. The Court intends to offer them whatever support and guidance it is in a position to provide, to assure their continued progress. In this regard, the Court will communicate directly with the Special Master about the vexing difficulties in achieving fuller and more receptive MHP participation from certain counties.

2.      The Court remains receptive to the development of "Alternative TBS Services," and will support the Special Master if he determines that they should be classified as compliant measures - - provided they were developed carefully and professionally, and are genuine, open-ended methods of addressing the mental health needs of the *Emily Q.* class members.

3.      The Court visited the TBS Internet site discussed in Point 8 of the CDMH's report. The Court was impressed with the plethora of links, the information about the *Emily Q.* Settlement Team Nine-Point Plan and the transparent disclosures of Plan Implementation (down to availability of agendas for the Super TACT group). That these sites have received more than 235,000 hits in such a short period reenforces the

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 98-4181 AHM (AJWx) | Date | November 30, 2009 |
|---|---|---|---|
| Title | EMILY Q., et al. v. DIANA BONTA, et al. | | |

conclusion that TBS is a sorely-needed response to the mental health needs of the class members.  Additional corroboration of that fundamental point is that EPSDT services received a funding expansion of some approximately $38 million (according to CDMH) or $46 million (according to the Special Master).

     4.    The Court looks forward to reviewing the "Small County Strategy" plan referred to at page 9 of the CDMH report.

     5.    The Court's copy of Appendix B to the CDMH plan is not color-printed and thus does not contain the yellow and blue shading.  The Court would welcome having a color-printed copy delivered to chambers.

|  | : |  |
|---|---|---|
|  | Initials of Preparer | kb |