MELINDA BIRD, SBN 102236
melinda.bird@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
3580 Wilshire Blvd., Suite 902
Los Angeles, California 90010
Telephone: (213) 355-3605
Facsimile: (213) 427-8767

JIM PREIS, SBN 82690
jpreis@mhas-la.org
MENTAL HEALTH ADVOCACY SERVICES
3225 Wilshire Blvd. Suite 902
Los Angeles, CA 90010
Tel: (213) 389-2077
Fax: (213) 389-2595

Attorneys for Plaintiffs (Continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMILY Q. et al.,

Plaintiffs,

v.

SANDRA SHEWRY,

Defendant.

CASE NO. CV 98-4181 AHM (AJWx)

**NOTICE OF LODGING OF SPECIAL MASTER'S SEVENTH REPORT**

Honorable A. Howard Matz

Date: December 13, 2010
Time: 10:00 A.M.
Ctroom: 14

ROBERT D. NEWMAN, SBN 86534
rnewman@wclp.org
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Blvd., Suite 208
Los Angeles, CA 90010-2809
Tel: (213) 487-7211
Fax: (213) 487-0242

MARK D. ROSENBAUM, SBN 59940
mrosenbaum@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

IRA BURNIM, Pro Hac Vice
irab@bazelon.org
JUDGE DAVID L. BAZELON CENTER
FOR MENTAL HEALTH LAW
1101 15th Street, NW, Suite 1212
Washington, D.C. 20005
Tel: (202) 467-5730
Fax: (202) 223-0409

MARGARET ROBERTS, SBN 163981
maggie.roberts@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
1330 Broadway, Suite 500
Oakland, CA 94612
Tel: (510) 267-1200
Fax: (510) 267-1201

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs (on behalf of the Special Master) hereby lodge with the Court the attached Seventh Report in Response to the Court's Order Appointing the Special Master, dated February 21, 2008.

Dated: November 15, 2010

Respectfully submitted,

Disability Rights California
Mental Health Advocacy Services
Western Center on Law and Poverty
Bazelon Center for Mental Health Law
ACLU Foundation of Southern California

/s/

BY: Melinda Bird
Attorney for Plaintiffs