O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 98-4181 AHM (AJWx) | Date | December 16, 2010 |
|---|---|---|---|
| Title | EMILY Q., et al. v. DIANE BONTA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert D. Newman | Melinda Vaugh |
| James Preis | |

**Proceedings:**     STATUS CONFERENCE re: Special Master's Seventh Report

Cause called; appearances made. Also present is Special Master Richard Saletta and his assistant, Steve Korosec.

Court commends the parties, especially the State Defendants and Mr. Tracy, for their admirable achievements in the face of extraordinarily difficult challenges. Nevertheless, Court and counsel confer about the remaining developments that are necessary to terminate the Court's jurisdiction over this case and to find that the judgment has been executed and complied with.

Court makes certain suggestions. The parties are ordered to respond to the Court's proposals in writing by January 7, 2011. In the meantime, the jurisdiction will be extended beyond January 1, 2011 so that the Court can consider the parties' papers. The Court intends promptly to issue an interim order.

Parties are ordered to split the cost of obtaining a transcript of this hearing.

|  | : | 43 |
|---|---|---|
| | Initials of Preparer | SMO |