KAMALA D. HARRIS
Attorney General of California
ISMAEL A. CASTRO
Supervising Deputy Attorney General
MELINDA VAUGHN
Deputy Attorney General
State Bar No. 120446
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-7873
 Fax: (916) 324-5567
 E-mail: Melinda.Vaughn@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EMILY Q., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DIANA BONTA, et al.,**<br><br>Defendant. | CV 98-0418-AHM (AJWx)<br><br>**ORDER APPROVING PAYMENT OF INTERIM ATTORNEYS' FEES AND COSTS**<br><br>[No Hearing Required]<br><br>Judge: The Honorable A. Howard Matz<br>Courtroom: 14 |

### ORDER APPROVING PAYMENT OF INTERIM ATTORNEYS' FEES AND COSTS

The parties have filed a Stipulation regarding payment of attorneys' fees and costs incurred by Plaintiffs' counsel in regard to the above-captioned litigation incurred during the period January 1, 2011, through June 22, 2011 (Stipulation). The California Department of Health Care Services (CDHCS) has agreed to pay the total amount of $83,684 in attorneys' fees, costs and expenses in full and complete satisfaction of any claims to such fees and costs by Plaintiffs or Plaintiffs' counsel for the period January 1, 2011, through June 22, 2011.

/ / /

1

**GOOD CAUSE HAVING BEEN SHOWN:**

1. CDHCS is ordered to pay Plaintiffs' counsel the sum of $83,684 in attorneys' fees, costs and expenses for fees and costs incurred during the period January 1, 2011, through June 22, 2011.

2. Said fees and costs shall be paid to the Western Center on Law and Poverty (Western Center), Federal I.D. No. 95-2897721. Payment shall be mailed to the Western Center, to the attention of Plaintiffs' attorney, Richard A. Rothschild.

3. If the principal sum set forth in paragraph 1 above is not paid within 90 days after this order is served on Defendant's counsel by the Court (through the Central District's e-filing notification system), then this sum shall be payable with interest calculated from the first day after the expiration of the 90-day period up to and including the date of actual payment, at the rate prescribed by 28 U.S.C. section 1961.

4. Upon payment of the sum set forth in paragraph 1 above, plus interest (if applicable), the State of California, the Director of CDHCS, and CDHCS, its officers, agents, and employees, are released and forever discharged from any and all liability for attorneys' fees and costs arising out of this litigation incurred from January 1, 2011, through June 22, 2011.

5. The parties shall execute any further documents consistent with the Stipulation and this Order that may be necessary to effectuate the purposes of the Stipulation and Order.

DATE: September 15, 2011\_\_\_\_        _____
                                          A. Howard Matz
                                          United States District Judge

LA1998CV1047
10659754.doc